UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**ELISE WILSON,**

    **Plaintiff, pro se,**

**v.**

**DRY DOCK RESTAURANTS and ARTHUR'S LANDING,**

    **Defendants.**

04-5405 (WJM)

**ORDER OF DISMISSAL**

    A Report and Recommendation was filed on February 9, 2006 recommending that this civil action be dismissed pursuant to 28 U.S.C. §§ 1915(a) and (e)(2) for lack of factual and legal merit.  The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  The Court received no objections but on March 13, 2006 received a letter from Plaintiff stating she never received the Report and Recommendation and requesting an extension in which to object.

    The Court delivered the Report and Recommendation to Plaintiff via certified mail and did not receive the mailing returned as undeliverable.  For these reasons, and the Court having reviewed the Report and Recommendation *de novo*; and good cause appearing;

    **IT IS** on this 15th day of March 2006, hereby

    **ORDERED** that Plaintiff's request for an extension in which to file an objection is **DENIED**; it is further

    **ORDERED** that the Report and Recommendation of Magistrate Judge Ronald J. Hedges is adopted as the Opinion of this Court; and it is further

    **ORDERED** that this matter is dismissed.

                                                              s/ William J. Martini
                                                              **William J. Martini, U.S.D.J.**